## 37341. THURMOND et al. v. AKINS.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 29, 1981 —
REHEARING DENIED OCTOBER 16, 1981.

*Troutman, Sanders, Lockerman & Ashmore, Ezra H. Cohen, George D. Lawrence,* for appellants.
*David G. Kopp,* for appellee.